JUNE 6, 1978

No. 77–1395. VETTERLI ET AL., MEMBERS OF PASADENA CITY BOARD OF EDUCATION v. REAL, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus dismissed under this Court's Rule 60.

JUNE 12, 1978

No. 77–1185. MEMORIAL CONSULTANTS, INC. v. ILLINOIS EX REL. LINDBERG, COMPTROLLER OF ILLINOIS. Appeal from App. Ct. Ill., 3d Dist., dismissed for want of substantial federal question.

No. 77–1535. HEILMAN v. A & M RECORDS, INC. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–1306. JAQUES v. STATE BAR GRIEVANCE ADMINISTRATOR. Appeal from Sup. Ct. Mich. Judgment vacated and case remanded for further consideration in light of *Ohralik* v. *Ohio State Bar Assn., ante,* p. 447.

No. A–980 (77–6683). CAMPBELL v. UNITED STATES. C. A. 6th Cir. Application for bail, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–990 (77–1161). DREBIN ET AL. v. UNITED STATES, *ante,* p. 904. Application for extension of time in which to file petition for rehearing, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.